No. 79–847. SANDINI v. UNITED STATES. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 60.

FEBRUARY 12, 1980

No. 79–713. MORRILTON SCHOOL DISTRICT No. 32 ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari dismissed as to petitioner Plumerville School District No. 39 under this Court's Rule 60. [See also *post*, p. 1071.]